IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02651-BNB

DUSTY FIEF,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

## ORDER OF DISMISSAL

Applicant, Dusty Fief, currently is detained at the Fremont Detention Center in Cañon City, Colorado. Applicant, acting *pro se*, initiated this action by filing a Letter. In an order entered on September 30, 2013, Magistrate Judge Boyd N. Boland construed the Letter as an Application filed pursuant to 28 U.S.C. § 2241 and instructed Applicant to file his claims on a proper Court-approved form. Magistrate Judge Boland also directed Applicant to submit a proper 28 U.S.C. § 1915 Motion and Affidavit that is used by prisoners seeking leave to proceed *in forma pauperis* in a § 2241 action and a certified statement showing the current balance in his prison account.

Magistrate Judge Boland warned Applicant that the action would be dismissed without further notice if he failed to file his claims on a proper Court-approved form and to submit a 28 U.S.C. § 1915 motion within thirty days. Applicant now has failed to comply with in the time allowed. Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  7th  day of    November    , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court